**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KENNETH MICHAEL FERRANTI,

                Plaintiff,

-against-                      20 **CIVIL** 2476 (KPF)

## **JUDGMENT**

ARSHACK, HAJEK & LEHRMAN PLLC
and DANIEL ARSHACK,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2021, Defendants' motion to dismiss is granted with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      March 24, 2021

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                          **BY:**
                                                **Deputy Clerk**