**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Kenneth Michael Ferranti

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 2476 (KPF)(    )

-against-

Arshack, Hajek & Lehrman PLLC

and Daniel Arshack

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/202

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on **3/24/21** (date) but did not file a notice of appeal within the required time period because:

My attorney, Gregory Koerner just informed me about the judgement. And I moved to minneapolis minnesota. And my attorney will not Appeal the decision so I Am Appealing Per se.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

4/20/2021
Dated:

Kenneth M. Ferranti
Signature

Ferranti, Kenneth M.
Name (Last, First, MI)

3239 Pleasant Avenue, Minneapolis, MN 55408
Address      City      State      Zip Code

917-747-6889
Telephone Number

Michael.Ferranti.333@gmail.com
E-mail Address (if available)

Rev. 12/23/13

Application GRANTED for good cause shown.  Plaintiff's notice of appeal shall be filed on or by May 14, 2021.

Dated:     April 23, 2021                SO ORDERED.
           New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE